# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                                                                    No. 20-cr-0161 KG-1

**JEFFREY GERARDO NUNEZ,**

    **Defendant.**

## ORDER SETTING EVIDENTIARY HEARING

| | |
|---|---|
| **Location:** | Organ Courtroom<br>United States Courthouse<br>100 N. Church Street<br>Las Cruces, New Mexico |
| **Date and time:** | Wednesday, April 1, 2020, at 9:30 a.m. |
| **Matters to be heard:** | Defendant's Motion to Suppress [Doc. 33] |

**IT IS ORDERED** that an in-person evidentiary hearing is set on Defendant's Motion to Suppress [Doc. 33]. The hearing is set for Wednesday, April 1, 2020, at 9:30 a.m. in the Organ Courtroom in the United States Courthouse at 100 N. Church Street in Las Cruces, New Mexico.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**