IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Cr. No. 20-0161 KG |
| | ) | |
| vs. | ) | |
| | ) | |
| **JEFFREY GERARDO NUNEZ**, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER EXTENDING DEADLINE

THIS MATTER having come before the Court on the unopposed motion of the United States (Doc. 41) to extend its deadline to respond to Defendant's Motion (Doc. 33), and the Court being fully advised in the premises, FINDS that the United States Motion shall be granted.

IT IS THEREFORE ORDERED that the United States' response is due on or before March 27, 2020.

_____
Stephan M. Vidmar
United States Magistrate Judge

Submitted by:

*Electronically Signed*
Jacob Wishard
Assistant U.S. Attorney

Approved Electronically:

Mary Stillinger
Richard D. Esper
Attorneys for Mr. Nunez